IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TAURUS BROWN         §     |   |   |
|     TDCJ-CID #877566       § |   |   |
| v.                         § | C.A. NO. C-04-471 |   |
|                            § |   |   |
| CHRISTOPHER CARR, ET AL.   § |   |   |

## ORDER

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Pending is plaintiff's first amended motion to exclude defendants' expert Dr. Maximiliano Herrera. (D.E. 153). Specifically, plaintiff challenges Dr. Herrera's qualifications and whether his opinions are admissible.

Plaintiff is entitled to a Daubert hearing regarding his assertions. See Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993). Accordingly, defendants are hereby ORDERED to make Dr. Herrera available at the final pretrial conference on Tuesday, January 22, 2008.

ORDERED this 15th day of January 2008.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE